HELEN AMES, Respondent, *v.* WATSON ELEVATOR Co., INC., Appellant, and JALPUR REALTY CORPORATION et al., Respondents.

Argued November 28, 1951; decided December 7, 1951.

*Joseph P. Carey* for appellant.

*Joseph R. Shaughnessy* for plaintiff-respondent.

*Leo E. Berson* and *William J. Tropp* for defendants-respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.